# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                Debtors, | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>                Plaintiffs-Appellees,<br><br>-against<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>                Defendants-Appellants. | Adv. Pro No. 23-50379 (JTD)<br><br>Appeal from the United States Bankruptcy Court for the District of Delaware |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.<br><br>                Plaintiffs-Appellees,<br><br>-against-<br><br>MICHAEL GILES, *et al.*,<br><br>                Defendants-Appellants. | Adv. Pro. No. 23-50380 (JTD)<br><br>Appeal from the United States Bankruptcy Court for the District of Delaware |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Defendants-Appellants listed in Annex A (the "Defendants-Appellants"), by and through their counsel, and, pursuant to 28 U.S.C. § 158(a)(3), Fed. R. Bankr. P. 8002, 8003(a), and 8004, and Local Rule 8003-1, hereby seek leave to appeal the Order [D.I. 289] (Exhibit A) and Memorandum Opinion [D.I. 288] (Exhibit B) entered by the U.S. Bankruptcy Court for the District of Delaware on October 23, 2024, to the extent they denied in part Defendants' Motion to Dismiss the Complaint [D.I. 96].

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**LANDIS RATH & COBB LLP**
Matthew B. McGuire (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sascha N. Rand (admitted *pro hac vice*)
Katherine A. Lemire (admitted *pro hac vice*)
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
sascharand@quinnemanuel.com
isaacnesser@quinnemanuel.com
andrewkutscher@quinnemanuel.com

William Burck
1300 I Street NW, Suite 900

**SAUL EWING LLP**
Lucian B. Murley (No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
luke.murley@saul.com

-and-

**PALLAS PARTNERS (US) LLP**
Duane L. Loft (admitted *pro hac vice*)
Joshua A. Naftalis (admitted *pro hac vice*)
Anastasia Cembrovska (admitted *pro hac vice*)
Jingxi Zhai (admitted *pro hac vice*)
Adair Kleinpeter-Ross (admitted *pro hac vice*)
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
joshua.naftalis@pallasllp.com
duane.loft@pallasllp.com
anastasia.cembrovska@pallasllp.com
jingxi.zhai@pallasllp.com
adair.kleinpeter-ross@pallasllp.com

*Counsel to the Defendants Listed in Annex A*

Washington D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
williamburck@quinnemanuel.com

*Counsel for Plaintiffs Alameda Research Ltd., West Realm Shires, Inc., and West Realm Shires Services, Inc. in Adv. Pro. No. 23-50379*

-and-

**SULLIVAN & CROMWELL LLP**
Steven L. Holley (admitted *pro hac vice*)
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin D. DeCamp (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Alexa J Kranzley (admitted *pro hac vice*)
125 Broad Street New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
holleys@sullcrom.com
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
dunnec@sullcrom.com
decampj@sullcrom.com
kranzleya@sullcrom.com

*Counsel for Plaintiffs Alameda Research Ltd., West Realm Shires, Inc., and West Realm Shires Services, Inc. in Adv. Pro. No. 23-50380*

**CROSS & SIMON, LLC**
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com

-and-

**HOGAN LOVELLS US LLP**
Dennis H. Tracey, III
John D. Beck
Maya Jumper 390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000 Fax: (212) 918-3100
dennis.tracey@hoganlovells.com
john.beck@hoganlovells.com
maya.jumper@hoganlovells.com
*Counsel for Defendants Rocket Internet Capital, Rocket Internet Capital Partners II SCS, Rocker Internet Capital Partners (Euro) II SCS, GFC Global Founders Capital GMBH, GFC Global Founders Capital GMBH & Co. Beteiligungs KG NR. 1*

**K&L GATES LLP**
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Counsel for Defendants Alumni Ventures Group Embedded Trust and Alumni Ventures Group – Embedded Financial Technologies Trust A*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel A. Mason (No. 5206)
Elizabeth Wang (No. 6620)
1313 North Market Street, Suite 806
P.O. Box 32
Wilmington, DE 19899-0032

Telephone: (302) 655-4410
Fax: (302) 397-2710
dmason@paulweiss.com
ewang@paulweiss.com

William A. Clareman (admitted *pro hac vice*)
Gregory F. Laufer (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 492-0248
wclareman@paulweiss.com
glaufer@paulweiss.com
kziman@paulweiss.com

Randall S. Luskey (admitted *pro hac vice*)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Fax: (202) 204-7391
rluskey@paulweiss.com

*Counsel for Embed Shareholder Defendants The 2016 Karkal Family Trust; Acrew Capital Fund (A), L.P.; Acrew Capital Fund, L.P.; Acrew Capital MGP, LLC; Bain Capital Venture Fund 2019 LP; BCIP Venture Associates II, L.P.; BCIP Venture Associates II-B, L.P.; BCV 2019- MD Primary, L.P.; Buckley Ventures GP, LLC; Buckley Ventures, LP; Correlation Ventures II, LP; Fin VC Regatta I, LP; Homebrew Ventures III, LP; Jonathan Christodoro; Kamran Ansari; Launchpad Capital Fund I LP; LGF II, L.P.; Liquid 2 Ventures Fund II, L.P.; Propel Venture Partners, LLC; Propel Venture Partners US Fund I LP; Putnam (Warren Lowell Putnam & Brynn Jinnett Putnam, Tenants in Common); Samuel Jones; Torch Capital II, LP; Transpose Platform o/b/o TI Platform Fund II; TI Platform NLI Venture Limited II; Transpose Platform Fintech Fund II, L.P.; TI Platform Fund II, LP; Treasury Fund I, LP; Y Combinator ES20, LLC; and YCC20, L.P.*

Dated: November 6, 2024
      Wilmington, Delaware

      **SAUL EWING LLP**

      */s/ Lucian Murley*
      Lucian B. Murley (No. 4892)
      1201 N. Market Street, Suite 2300
      P.O. Box 1266
      Wilmington, DE 19899
      Telephone: (302) 421-6898
      luke.murley@saul.com

      -and-

      **PALLAS PARTNERS (US) LLP**

      Joshua A. Naftalis (admitted *pro hac vice*)
      Duane L. Loft (admitted *pro hac vice*)
      Anastasia Cembrovska (admitted *pro hac vice*)
      Jingxi Zhai (admitted *pro hac vice*)
      Adair Kleinpeter-Ross (admitted *pro hac vice*)
      75 Rockefeller Plaza
      New York, NY 10019
      Telephone: (212) 970-2300
      joshua.naftalis@pallasllp.com
      duane.loft@pallasllp.com
      anastasia.cembrovska@pallasllp.com
      jingxi.zhai@pallasllp.com
      adair.kleinpeter-ross@pallasllp.com

      *Counsel to the Defendants Listed in Annex A*

ANNEX A

9Yards Capital Investments II LP
Aaron Frank
AAVCF3 LP
Adapt VC LLC
Akhil Paul
Benjamin Londergan
Brandon Mann
Brent Johnson
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Christian Nordby
Christopher Harper
Christopher Young
Clayton Gardner
David Meents
Dena Wever
Derek Clark
EM Fund I, a series of Chris Golda Investments, LP Embedfi
June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
James Nichols
Joe Percoco
John Dwyer
Jonathan Duarte
Jonathan Weiner
Joshua Allen Slate
Justin Lovero
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kiara Baudoin
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Matthew Lyon
Michael Ferrari
Michael Giles
Monique Saugstad
Motivate Ventures Fund I, LP

Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
Philippe Jabre
PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund, III, LP
Soma Capital Fund III Partners LLC
Stephen Harper
Stuart Sopp
SWS Holding Company, LLC
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
William Hockey Living Trust
Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust
Z Perret Trust