IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No. 23-50379 (JTD) |
| | ) | |
| ROCKET INTERNET CAPITAL PARTNERS II SCS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **Re: Adv. D.I. 42** |

### ORDER

Consistent with the Court's Memorandum Opinion of even date, Defendants' Motion to Dismiss is granted as to Counts I and III of the Complaint and denied as to the remaining Counts.

SO ORDERED.

Dated: October 23, 2024

_____
JOHN T. DORSEY, U.S.B.J.