UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 23-50379    BK ◯  AP ⦿

If AP, related BK case number: 22-11068

Title of Order Appealed: Order; Memorandum Opinion

Docket #: 161; 160    Date Entered: 10/23/2024; 10/23/2024

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | Notice of Appeal  Interlocutory | Docket #: 164 | Date Filed: 11/06/2024 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ✓ | Motion for Leave to Appeal | Docket #: 166 | Date Filed: 11/06/2024 |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

SEE ANNEX A WITHIN NOTICE OF INTERLOCUTORY APPEAL FOR LIST OF APPELLANTS

**Appellee/Cross Appellee**

Alameda Research Ltd
West Realm Shires Inc
West Realm Shires Services Inc

**Counsel for Appellant/Cross Appellant:**

Lucian Murley
1201 N Market St, Suite 2300
P.O. Box 1266
Wilmington, DE  19899

(see notice of appeal for additional attorneys)

**Counsel for Appellee/Cross Appellee:**

Matthew B McGuire
919 Market St, Suite 1800
Wilmington, DE  19801

(see notice of appeal for additional attorneys)

| | | |
|---|---|---|
| Filing fee paid? | Yes ⦿ | No ◯ |
| IFP application filed by applicant? | Yes ◯ | No ⦿ |
| Have additional appeals of the same order been filed? | Yes ◯ | No ⦿ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ◯ | No ⦿ |

Civil Action Number:

(continued on next page)

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 11/07/2024        **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   N/A